IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAE F. WILSON | : |
| Plaintiff | : |
| v. | : Civil Action No. 00-2433 ~~PPJ~~ JDB |
| SSC CONTRACTING CO. t/a SCS MARKETING CO., et al. | : |
| Defendants | : |

FILED

APR 2 3 2002

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41, the parties to this action stipulate and agree that:

1. that the Complaint against Stephen C. Seiber Individually and Trading as SCS Contracting Co. and SCS Marketing Co. is dismissed with prejudice;

2. that the Complaint against Eric Edelson, P.E., Ali Tahbaz, P.E. and Tadjer-Cohen-Edelson Associates, Inc. is dismissed without prejudice; and

3. that the Counter-Claim is dismissed with prejudice.

4. each party shall bear its own costs.

_____
Joyce A. Wilson, Bar No. 386711
4035 South Dakota Ave., N.E.
Washington, DC 20018
(202) 269-3973
Attorney for Plaintiff / Counter Defendant

_____
Stephen C. Seiber /B, P/A w/ permission
Stephen C. Seiber Individually and Trading
as SCS Contracting Co. and
SCS Marketing Co.
3734 Angleton Court
Burtonsville, MD 20866
(301) 622-1400
Defendant / Counter-Plaintiff

_____
Patrick James Attridge, Bar No. 357973
King & Attridge
39 W. Montgomery Ave.
Rockville, MD 20850
(301) 279-0780
Attorney for Defendants
Eric Edelson, P.E., Ali Tahbaz, P.E. and
Tadjer-Cohen-Edelson Associates, Inc.


SO ORDERED:


The parties have agreed that each party will bear its own costs.

_____          April 23, 2002
John D. Bates                      Date
United States District Judge